In the Matter of the Claim of ARTHUR FORCIER, Respondent, against TIDE WATER OIL SALES CORPORATION et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Submitted October 4, 1933; decided October 24, 1933.)

*Raymond F. Nichols* for appellants.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH. JJ.